UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                                                                   Case No. 16-11895 (JLG)

China Fishery Group Limited (Cayman), *et al.*,              Chapter 11

       Debtors.                                                          (Jointly Administered)
------------------------------------------------------------X
In re:

CFG Peru Investments Pte. Ltd. (Singapore),              Case No. 16-11914 (JLG)

       Debtor.                                                             Chapter 11

------------------------------------------------------------X
William A. Brandt, Jr., as Trustee of
CFG Peru Investments Pte. Ltd. (Singapore)              Adv. Pro. No. 18-01575-JLG

       Plaintiff,
v.

The Hongkong and Shanghai Banking Corporation
Limited,

       Defendant.
------------------------------------------------------------X

ERRATA ORDER RE MEMORANDUM DECISION AND ORDER DENYING
MOTION OF CHINA FISHERY GROUP LIMITED (CAYMAN) TO INTERVENE IN
THE TRUSTEE'S HSBC ADVERSARY PROCEEDING

       This matter having come up on the Court's own motion, it is hereby ORDERED:

1.      The Court's Memorandum Decision and Order Denying Motion of China Fishery Group Limited (Cayman) to Intervene in the Trustee's HSBC Adversary Proceeding, dated December 27, 2018 [Adv. Pro. No. 18-01575, ECF No. 15] (the "Memorandum Decision"), is corrected in the manner described below:

       The following sentences on page 11 of the Memorandum Decision:

> There is nothing in the record in support of that contention and the Trustee has not cited to any support. Nor has the Trustee presented any evidence of "collusion, adversity of interest, nonfeasance or incompetence" on the part of the Trustee.

2

shall be corrected to read as follows:

> There is nothing in the record in support of that contention and CFGL has not cited to any support. Nor has CFGL presented any evidence of "collusion, adversity of interest, nonfeasance or incompetence" on the part of the Trustee.

2. Future references to the Memorandum Decision shall be to the Memorandum Decision as corrected hereby, a copy of which is attached hereto as <u>Exhibit A</u>.

Dated: New York, New York
 January 3, 2019                          /s/ *James L. Garrity, Jr.*
                                          Hon. James L. Garrity, Jr.
                                          United States Bankruptcy Judge

# **EXHIBIT A**

(CORRECTED MEMORANDUM DECISION)