QUINN EMANUEL URQUHART & SULLIVAN LLP
James C. Tecce
Deborah J. Newman
Kate Scherling
Jordan Harap
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel: (212) 849-7000
Fax: (212) 849-7100

*Special Litigation Counsel to William A. Brandt Jr.,*
*Chapter 11 Trustee for CFG Peru Investments Pte. Ltd. (Singapore)*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Case No. 16-11895 (JLG) |
| | : | |
| CHINA FISHERY GROUP LIMITED (CAYMAN), et al., | : | Chapter 11 (Jointly Administered) |
| | : | |
| Debtors. | : | |
| In re: | : | Case No. 16-11914 (JLG) |
| | : | |
| CFG PERU INVESTMENTS PTE. LTD. (SINGAPORE), | : | Chapter 11 |
| | : | |
| Debtor. | : | |
| WILLIAM A. BRANDT, JR., AS TRUSTEE OF CFG PERU INVESTMENTS PTE. LTD. (SINGAPORE), | : | Adv. Pro. No. 18-01575 |
| Plaintiff, | : | |
| v. | : | |
| THE HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, | : | |
| Defendant. | : | |

**NOTICE OF ADJOURNMENT OF HEARING ON MOTION OF THE HONGKONG**
**AND SHANGHAI BANKING CORPORATION LIMITED TO DISMISS**
**THE TRUSTEE'S FIRST AMENDED COMPLAINT**

**PLEASE TAKE NOTICE** that on March 29, 2019, the Hongkong and Shanghai Banking Corporation Limited, by and through its counsel, filed the *Notice of The Hongkong and Shanghai Banking Corporation Limited's Motion to Dismiss the First Amended Complaint* and its supporting Memorandum of Law [Dkt. 31] (the "Motion to Dismiss").

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion to Dismiss, which was scheduled to be heard on August 22, 2019 at 2:00 p.m. (prevailing Eastern Time) pursuant to the *Sixth Stipulation by and among William A. Brandt, Jr., Chapter 11 Trustee and the Hongkong and Shanghai Banking Corporation Limited Concerning (I) Service of Amended Complaint and (II) Initial Briefing Schedule* [Dkt. 35] (the "Sixth Stipulation"), has been adjourned to **September 4, 2019 at 10:00 a.m. (prevailing Eastern Time)** (the "Hearing"). The Hearing will be held before the Honorable James L. Garrity, Jr., United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, Courtroom 601, One Bowling Green, New York, New York 10004 (the "Bankruptcy Court"), unless otherwise ordered by the Bankruptcy Court.

Dated:   August 12, 2019
         New York, New York

                                        QUINN EMANUEL URQUHART &
                                        SULLIVAN, LLP

                                        **/s/ JAMES C. TECCE**
                                        James C. Tecce
                                        Deborah J. Newman
                                        Kate Scherling
                                        Jordan Harap
                                        51 Madison Avenue, 22nd Floor
                                        New York, NY 10010
                                        Tel:  (212) 849-7000
                                        Fax:  (212) 849-7100

                                        *Special Litigation Counsel for William A. Brandt, Jr., chapter 11 trustee for CFG Peru Investments Pte. Ltd. (Singapore)*

2